IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KERRY JOHNSON,
    Plaintiff,

vs.                                               Case No. 3:13cv326/LAC/EMT

CRESTVIEW COUNTY JAIL, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 2, 2013 (doc. 6). A copy of the Report and Recommendation was sent to Plaintiff's last known address, and to the extent practicable, he has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to keep the court apprised of his current address and failure to prosecute this action.

    **DONE AND ORDERED** this 7th day of August, 2013.

                                                      s/*L.A. Collier*
                                                      **LACEY A. COLLIER**
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**